Beulah SEITZ

v.

**L & R INDUSTRIES, INC. (PALCO PRODUCTS DIVISION).**

No. 79–61–Appeal.

Supreme Court of Rhode Island.

April 24, 1981.

Reargument Granted May 21, 1981.

Lovett & Linder, Ltd., Raul L. Lovett, Lauren E. Jones, Providence, for petitioner.

Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia, Tillinghast, Collins & Graham, DeWitte J. Kersh, Jr., Peter J. McGinn, Christopher H. Little, Providence, for amicus curiae, New England Tel. and Tel. Co.

## OPINION

PER CURIAM.

The final decree of the Appellate Commission is affirmed by an equally divided court.

SHEA, J., took no part in the consideration or decision of this case.